# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**BRENDA DAVIS**                                                    **PLAINTIFF**

**v.**                            **CASE NO. 4:11CV00506 BSM**

**SIMON PROPERTY GROUP, INC. d/b/a**
**MCCAIN MALL;**
**MCCAIN MALL GP, LCC;**
**MCCAIN MALL COMPANY LIMITED PARTNERSHIP;**
**IPC INTERNATIONAL CORPORATION; and**
**JOHN AND JANE DOES 1 THROUGH 5**                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 20th day of July 2011.

_____
UNITED STATES DISTRICT JUDGE